

| Online ACCESS Main Menu | Contact Us | Land Records | Maps | Civil Suits | Criminal Records | Pending Criminal Inquiry | Marriage Licenses | Order History | Your cart contains 0 document(s) | Log Out - bburst@leakeandersson.com |
|---|---|---|---|---|---|---|---|---|---|---|

Ascension Civil Suits Search - Suits List - Suit 129973 Detail

**Title:** RICHARD, CAIN vs BRANDSAFWAY LLC　**Judge:** KLIEBERT, HONORABLE THOMAS J JR
**Cause:** DAMAGES　**Date Filed:** 10/28/2020

View Minutes

| Part# | Name | Attorney |
|---|---|---|
| P001 | RICHARD, CAIN | LAMARCHE, HOLLY |
| D001 | BRANDSAFWAY LLC | UNASSIGNED, |
| D002 | CF INDUSTRIES HOLDINGS INC | UNASSIGNED, |

| Description | Date Filed | Attorney | Image |
|---|---|---|---|
| CITATION (LONG ARM) | 11/05/2020 | | View (1 pages) |
| CITATION AND RETURN | 11/05/2020 | | View (1 pages) |
| JAMIS FORM | 11/05/2020 | | |
| JUDICIAL COLLEGE FUND | 11/05/2020 | | |
| COURTHOUSE BUILDING FUND | 11/05/2020 | | |
| COURTHOUSE BUILDING FUND | 11/05/2020 | | |
| ALLOT B | 11/05/2020 | | |
| POSTAGE | 11/05/2020 | | |
| REQ NOTICE TRIAL | 11/05/2020 | | View (1 pages) |
| CONFORMED COPY | 11/05/2020 | | |
| INDEXING | 11/05/2020 | | |
| CERTIFIED COPY | 11/05/2020 | | |
| BRANDSAFWAY LLC, THROUGH ITS R | 11/05/2020 | | View (1 pages) |
| CF INDUSTRIES HOLDINGS INC. TH | 11/05/2020 | | |
| INITIALIZATION FEE | 11/05/2020 | | |
| BRANDSAFWAY LLC, THROUGH ITS R | 11/05/2020 | | |
| CIVIL CASE REPORT/SUP CRT | 11/05/2020 | | View (1 pages) |
| PAY-SUPREME CRT/REPORT | 11/05/2020 | | |
| STATE TREASURER | 11/05/2020 | | |
| 23RD JDC JUDGES | 11/05/2020 | | |
| PET FOR DAMAGES | 11/05/2020 | | View (5 pages) |
| DEP GORDON MCKERNAN | 11/05/2020 | | |

FILED
CLERK OF COURT

2020 OCT 28  A 11: 16

| | |
|---|---|
| **CAIN RICHARD** | DOCKET NO.: 129,973  SEC: B |
| **VERSUS** | 23rd JUDICIAL DISTRICT COURT |
| **BRANDSAFWAY, LLC and** | **PARISH OF ACENSION** |
| **CF INDUSTRIES HOLDINGS, INC.** | **STATE OF LOUISIANA** |

## PETITION FOR DAMAGES     DIVISION B

Now into Court, through undersigned counsel, comes plaintiff, **CAIN RICHARD**, a person of legal age and majority, domiciled in the Parish of St. Martin, State of Louisiana, who respectfully represents the following, to wit:

1.

Made defendants herein are:

a. **BRANDSAFWAY, LLC**, (or an affiliate or subsidiary thereof), believed to be a foreign company, registered in the State of Delaware, doing business in Louisiana, who will be served through their agent of service of process, CT Corporation, and believed to be a corporation that at all times relevant herein in control of the scaffolding, and is liable severally and in solido with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand; and

b. **CF INDUSTRIES HOLDINGS, INC.**, (or an affiliate or subsidiary thereof), believed to be a foreign company, registered in the State of Illinois, doing business in Louisiana, who will be served via long-arm statute, and believed to be a corporation that at all times relevant herein in control of the scaffolding, and is liable severally and in solido with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand.

2.

The aforementioned defendants are justly and truly liable to the plaintiff, **CAIN RICHARD**, for damages and injuries which he sustained together with legal interest from the date of judicial demand and for all costs of these proceedings in the accident described herein, to wit:

3.

On or about November 1, 2019, plaintiff, **CAIN RICHARD**, was working on a scaffold located at a facility owned and operated by defendant, **CF INDUSTRIES HOLDINGS, INC.**, in Donaldsonville, Louisiana, Parish of Acension.

4.

As plaintiff, **CAIN RICHARD**, was working on the scaffold, the wood used in the scaffold broke, causing Plaintiff to fall through the scaffold, injuring his back, hip, and right leg.

5.

After the scaffold collapsed, it became apparent that the wood used in the scaffold was in disrepair, thus creating an unreasonable risk of harm to the plaintiff that was foreseeable.

6.

At the time of the incident, the scaffold was owned by **BRANDSAFWAY, LLC**.

7.

At the time of the incident, the scaffold was within the care, custody and control of **BRANDSAFWAY, LLC**.

8.

Plaintiff alleges upon information and belief that defendant, **BRANDSAFWAY, LLC**, inadequately monitored the scaffold for safety hazards, causing it to fall into disrepair, and this lack of monitoring presented an unreasonable risk of harm which was foreseeable.

9.

Plaintiff further alleges upon information and belief that the that the defendant, **BRANDSAFWAY, LLC**, had inspected the scaffolding prior to Plaintiff's fall, thus they knew or should have known of the disrepair, and presented an unreasonable risk of harm which was foreseeable.

10.

At the time of the incident, the scaffold was located on the property owned by defendant, **CF INDUSTRIES HOLDINGS, INC**.

11.

Plaintiff alleges that defendants, **BRANDSAFWAY, LLC and CF INDUSTRIES HOLDINGS, INC.,** allowed the unreasonably dangerous condition which caused harm to the plaintiff or had actual or constructive knowledge of the condition and failed to exercise reasonable care to prevent harm unto the plaintiff.

12.

As a result of the above described incident, plaintiff, **CAIN RICHARD**, sustained severe and disabling injuries including, but not limited to his right leg, hip, and back, and his injuries were caused by the disrepair and dangerous condition of the scaffolding and/or appendages thereto.

13.

Plaintiff, **CAIN RICHARD**, claims the following damages as a result of the aforementioned accident and injuries:

1. Physical pain and suffering – past, present and future;
2. Mental pain, anguish and distress – past, present and future;
3. Loss of enjoyment of life – past, present and future;
4. Lost wages – past, present and future;
5. Disability- past, present and future;
6. Impairment of earning capacity – past, present and future;
7. Medical expenses – past, present and future;
8. Other elements of damages to be more fully set forth at the trial of this matter.

14.

Plaintiff, **CAIN RICHARD**, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

15.

Plaintiff alleges that defendants, **BRANDSAFWAY, LLC and CF INDUSTRIES HOLDINGS, INC.,** are liable in solido for all such injuries caused by their fault and negligence under La. Civil Code article 2315, 2317, 2317.1, 2320, and 2322.

16.

In no way did plaintiff, **CAIN RICHARD**, contribute to or cause the accident sued upon herein, as the disrepair was not open and obvious.

17.

Plaintiff alleges that the proximate cause of the accident and of plaintiff's damages was the fault and negligence of defendant, **BRANDSAFWAY, LLC,** which is described in part, but not exclusively, above and as follows:

1. In failing to exercise the degree of care that might reasonably be expected of an ordinarily prudent person under the same or similar circumstances;
2. In failing to exercise reasonable care to keep their scaffolding in a reasonably safe condition;
3. In allowing the unreasonably dangerous condition to continue despite notice;

4. In failing to timely correct an unreasonably dangerous condition on its premises;

5. In failing to properly inspect scaffolding on its premises;

6. In failing to maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

7. Any and all acts of negligence, omission, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish regulations and ordinances.

18.

Plaintiff alleges that the proximate cause of the accident and of plaintiff's damages was the fault and negligence of defendant, **CF INDUSTRIES HOLDINGS, INC.,** which is described in part, but not exclusively, above and as follows:

1. In failing to exercise the degree of care that might reasonably be expected of an ordinarily prudent person under the same or similar circumstances;

2. In failing to exercise reasonable care to keep their scaffolding in a reasonably safe condition;

3. In allowing the unreasonably dangerous condition to continue despite notice;

4. In failing to timely correct an unreasonably dangerous condition on its premises;

5. In failing to properly inspect scaffolding on its premises;

6. In failing to maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

7. Any and all acts of negligence, omission, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish regulations and ordinances.

19.

Venue and Jurisdiction is proper as incident and injuries occurred in Acension Parish.

WHEREFORE, plaintiff prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff, **CAIN RICHARD,** and against the defendants, **BRANDSAFWAY, LLC and CF INDUSTRIES HOLDINGS, INC.,** jointly, severally, and in solido for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Plaintiff further prays for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,
**GORDON McKERNAN INJURY ATTORNEYS**

_signature_

Holly J. Lamarche (#29304)
PO Box 51127
Lafayette, Louisiana 70505
Telephone: (337) 347-6517
Facsimile: (337) 704-2805
Attorney for CAIN RICHARD

**PLEASE SERVE:**

**BRANDSAFWAY, LLC**
*through its registered agent for service of process:*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

and

**CF INDUSTRIES HOLDINGS, INC.**
*through long arm statute to their registered agent for service of process:*
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

129,973

| | |
|---|---|
| **CAIN RICHARD** | **DOCKET NO.:** SEC: 2020 OCT 28 A 11:16 |
| **VERSUS** | **23rd JUDICIAL DISTRICT COURT** |
| **BRANDSAFWAY, LLC and** | **PARISH OF ASCENSION** |
| **CF INDUSTRIES HOLDINGS, INC.** | **STATE OF LOUISIANA** |

## REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS

PLEASE TAKE NOTICE that Gordon J. McKernan and Holly J. Lamarche, attorneys for the plaintiff, CAIN RICHARD, does hereby request written notice of the date of trial of the above matter, as well as notice of all hearings (whether on the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court or Clerk of Court's office, as provided in Louisiana Code of Civil Procedure arts. 1572, 1913, and 1914. I hereby certify that a copy of this Notice has this date been forwarded to all parties by depositing same in the United States Mail, postage prepaid and properly addressed.

Respectfully submitted,

GORDON McKERNAN INJURY ATTORNEYS

_____
**Holly Lamarche (29304)**
Attorney for CAIN RICHARD
Post Office Box 51127
Lafayette, LA 70505
Phone:      (337) 347-6517
Facsimile:  (337) 704-2805

# APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

CAIN RICHARD  vs.  BRANDSAFWAY, LLC and CF INDUSTRIES HOLDINGS, INC.

**Court:** 23rd JUDICIAL DISTRICT COURT   **Docket Number:** 129,973

**Parish of Filing:** ASCENCION   **Filing Date:** 10/28/2020

**Name of Lead Petitioner's Attorney:** HOLLY J. LAMARCHE

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1   **Number of named defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence
- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- **X** Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Plaintiff was working on a scaffold located at a facility owned and operated by defendant, CF INDUSTRIES HOLDINGS, INC., As plaintiff, CAIN RICHARD, was working on the scaffold, the wood used in the scaffold broke, and Plaintiff fell X amount of feet to the ground, injuring his back and right leg.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Holly J. Lamarche   Signature [signature]

Address P.O. Box 51127, Lafayette, LA 70505

Phone number: 337-347-6517   E-mail address: holly@getgordon.com

# CITATION

CAIN RICHARD                                23RD JUDICIAL DISTRICT COURT

VERSUS                                      PARISH OF ASCENSION

BRANDSAFWAY LLC et al                       STATE OF LOUISIANA

DOCKET NUMBER: 00129973B

**SERVE: BRANDSAFWAY LLC, THROUGH ITS REGISTERED AGENT**
         FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
         3867 PLAZA TOWER DRIVE
         BATON ROUGE, LA.   70816

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney LAMARCHE, HOLLY and was
issued by the Clerk of Court on the 5TH day of NOVEMBER, 2020.

                                    _____
                                    Deputy Clerk of Court for
                                    Bridget Hanna, Clerk of Court

********************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
********************************************************************************

---

## SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____      TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____      TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____      TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
  ___ PERSONAL _____
  ___ DOMICILIARY_____
  ___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
  ___ MOVED (NEW ADDRESS)_____   ___ MOVED, ADDRESS UNKNOWN
  ___ NOT KNOWN AT THIS ADDRESS               ___ UNABLE TO LOCATE
  ___ POST OFFICE HAS NO ADDRESS              ___ DISTRICT ATTORNEY RECALLED
  ___ THIS ADDRESS NOT IN OUR PARISH          ___ NOT SERVED IN TIME FOR
  ___ HOLD-REQUEST OF _____        COURT DATE/PAST COURT
  ___ IN ARMED FORCES                         ___ HOSPITALIZED/DECEASED
  ___ RECEIVED TOO LATE FOR SERVICE
  ___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 ____ .

SERVICE: $ _____            BY: _____
MILEAGE: $ _____                    DEPUTY SHERIFF
TOTAL:   $ _____
                                                                    0016

**CITATION**

CAIN RICHARD

VERSUS

BRANDSAFWAY LLC et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

RETURNED

NOV 24 2020

PLEASE RETURN TO
CLERK OF COURT

DOCKET NUMBER: 00129973B

**SERVE: BRANDSAFWAY LLC, THROUGH ITS REGISTERED AGENT**
FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
3867 PLAZA TOWER DRIVE
BATON ROUGE, LA.  70816

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney LAMARCHE, HOLLY and was
issued by the Clerk of Court on the 5TH day of NOVEMBER, 2020.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

RECEIVED

NOV 18 2020

SHERIFF'S OFFICE

*************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*************************************************************************

---

**SHERIFF'S RETURN**

Received on the _____ day of _____, 20___ and on the _____ day
of _____, 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM
TYPE OF SERVICE:
___ PERSONAL _____
___ DOMICILIARY _____
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS) _____      ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS                   ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS                  ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH              ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____            COURT DATE/PAST COURT
___ IN ARMED FORCES                             ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE               I made service on the named party the
___ COMMENTS OR OTHER REASONS FOR NOT SERVING ✓ CT Corp
                                                  ☐ LA Corp & Registered Agent Services
RETURNED: PARISH OF _____ this ___ day of NOV 20 2020, 20 ___.
                                          by tendering a copy of this document to
                                          ☐ Abby Sarmiento        ☐ Brenna Beauregard
                                          ☐ Ashley Manville       ☐ Allison Reed
SERVICE:  $ _____                    BY: BRYAN SIMMONS
MILEAGE:  $ _____                    DEPUTY SHERIFF
TOTAL:    $ _____                    Deputy Sheriff, Parish of East Baton Rouge, Louisiana

0016

**CITATION**
(LONG ARM LSA R.S. 13:3201 et seq.)

CAIN RICHARD                                    23RD JUDICIAL DISTRICT COURT

VERSUS                                          PARISH OF ASCENSION

BRANDSAFWAY LLC et al                           STATE OF LOUISIANA

DOCKET NUMBER: 00129973B

**TO:**   **CF INDUSTRIES HOLDINGS INC. THROUGH LONG ARM STATUTE TO THEIR**
          AGENT FOR SERVICE OF PROCESS: ILLINOIS CORPORATION SERVICE C
          801 ADLAI STEVENSON DRIVE
          SPRINGFIELD, IL.  62703

**YOU HAVE BEEN SUED.**

   Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

   You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

   If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney LAMARCHE, HOLLY and was issued by the Clerk of Court on the 5TH day of NOVEMBER, 2020.

                                      _____
                                      Deputy Clerk-of Court for
                                      Bridget Hanna, Clerk of Court


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*