UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAIN RICHARD, | CASE NO. _____ |
| Plaintiff, | JUDGE _____ |
| vs. | MAGISTRATE JUDGE _____ |
| BRANDSAFWAY, LLC and CF INDUSTRIES HOLDINGS, INC. | Removed from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana |
| Defendants. | Docket No. 129,973 |

## CONSENT TO REMOVAL

Defendant CF Industries Nitrogen, LLC (incorrectly named as "CF Industries Holdings, Inc. or an affiliate or subsidiary thereof" and hereinafter "CFN") hereby consents to BrandSafway, LLC's removal of this action to this Court from the 23rd Judicial District Court for the Parish of Ascension. CFN expressly reserves all defenses. Although incorrectly named, out of an abundance of caution CF Industries Holdings, Inc. also consents to removal, expressly reserving all defenses.

Dated December 18, 2020

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
J. Alan Harrell, Bar Roll No. 25081  (T.A.)
Gregory J. Reda, Bar Roll No. 37270
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Telecopier: 225-381-9197
Email: alan.harrell@phelps.com
        gregory.reda@phelps.com

PD.30483328.1