UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAIN RICHARD** | |
| **Plaintiff,** | **Civil Action No.:** |
| | **District Judge:** |
| **VERSUS** | |
| **BRANDSAFWAY, LLC and** | **Magistrate Judge:** |
| **CF INDUSTRIES HOLDINGS, INC.** | |
| **Defendants.** | |

## CERTIFICATE OF FILING STATE COURT NOTICE OF REMOVAL

The undersigned attorney hereby certifies that defendant, BrandSafway, LLC (hereinafter "BrandSafway"), will cause to be filed with the Clerk of Court for the 23rd Judicial District Court for Ascension Parish, Louisiana, a State Court Notice of Removal, a copy of which is attached hereto.

Respectfully submitted,

*/s/ Alex P Tilling*

**Alex P Tilling - # 29686**
**Megan A. Haynes - # 37158**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163
Tel. (504) 585-7500
Fax. (504) 585-7775
Emails: atilling@leakeandersson.com
          mhaynes@leakeandersson.com

*Attorneys for BrandSafway LLC*

1

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, or by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by hand delivery, or by e-mail or by facsimile transmission, on **December 18, 2020**.

               */s/ Alex P Tilling*
               _____
               **ALEX P TILLING**

43678 / 31