# 23rd JUDICIAL DISTRICT COURT FOR ASCENSION PARISH

## STATE OF LOUISIANA

NO. 129973 DIV. " B"

### CAIN RICHARD

### VERSUS

### BRANDSAFWAY LLC and CF INDUSTRIES HOLDINGS, INC.

FILED: _____      _____
                                     DEPUTY CLERK

### NOTICE TO STATE COURT AND ADVERSE PARTY
### FILING OF NOTICE OF REMOVAL

TO: Clerk of Court
    23rd Judicial District Court for
    Ascension Parish

PLEASE TAKE NOTICE that BrandSafway LLC, defendant herein, has filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

_____
**Alex P Tilling - # 29686**
**Megan A. Haynes - #37158**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
Tel. (504) 585-7500
Fax. (504) 585-7775
Emails: atilling@leakeandersson.com
         mhaynes@leakeandersson.com

*Attorneys for BrandSafway LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery today, **December 18, 2020**.

                                                      _____