# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAIN RICHARD | CIVIL ACTION NO. 20-cv-00857 |
| VERSUS | JUDGE: SHELLY D. DICK |
| BRANDSAFWAY, LLC and<br>CF INDUSTRIES HOLDINGS, INC. | MAGISTRATE JUDGE:<br>SCOTT D. JOHNSON |

## COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Property and Casualty Insurance Company of Hartford ("Intervenor"), who with respect, shows that it wishes to file this *Complaint For Intervention* as follows:

**1.**

Made Defendants herein are:

a) CF INDUSTRIES HOLDINGS, INC., a Delaware corporation having its principal place of business in Illinois;

b) CF INDUSTIRIES NITROGEN, LLC, a Delaware limited liability company whose members are: i) CFN USA Holdings, LLC, whose sole member is CF Industries, Inc., a Delaware Corporation with its principal place of business in Illinois; and (ii) CHS Inc., a Minnesota corporation with its principal place of business in Minnesota;

c) BRANDSAFEWAY, LLC, a limited liability company and wholly owned subsidiary of Brand Industrial Projects, LLC, who is the wholly owned subsidiary of Brand Shared Services, LLC. Brand Shared Services, LLC is the wholly owned subsidiary of Brand Industrial Services, Inc., a Delaware corporation who

maintains a principal place of business in Kennesaw, Georgia.

**2.**

Plaintiff-in-Intervention, Property and Casualty Insurance Company of Hartford, is an insurance company domiciled in Indiana with its principal place of business in Hartford, Connecticut and has filed this Intervention pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

**3.**

At all times pertinent hereto, Vaughan Roofing & Sheetmetal, LLC, the employer of plaintiff in the main demand, Cain Richard, was covered for its workers' compensation obligations by Property & Casualty Insurance Company of Hartford.

**4.**

Pursuant to the aforementioned relationship, Property and Casualty Insurance Company of Hartford has been called upon to pay and/or paid to and/or on behalf of plaintiff in the main demand, Cain Richard, medical benefits and indemnity benefits as the result of the acts and/or omissions alleged in the main demand, and Intervenor is alleged by Plaintiff to owe additional benefits to the plaintiff.

**5.**

Property and Casualty Insurance Company of Hartford has voluntarily paid indemnity benefits in the amount of $688.00/week since December 19, 2019 and the indemnity benefits continue. Similarly, Property and Casualty Insurance Company of Hartford has voluntarily paid medical benefits for the treatment to Claimant's back, hip and right leg to include, but not limited to, treatment by a an occupational medical clinic, a physical therapist, a neurological surgeon, and for prescription medication. The voluntary approval of and payment for medical treatment

continues. Therefore, Property & Casualty Insurance Company of Hartford avers that the amount in controversy exceeds and/or is likely to exceed $75,000.

**6.**

Intervenor is entitled to be reimbursed such sums and any future sums which Intervenor may pay to Plaintiff, Cain Richard, in accordance with the provisions of the Louisiana Workers' Compensation Law, La. R.S. 23:1020.1 et seq., particularly 23:1101-1104, and the other laws of the State of Louisiana.

**7.**

To the extent Intervenor may be obligated to pay Workers' Compensation benefits to Claimant, Cain Richard, beyond the date of any settlement or judgment that is executed or rendered in this matter, Intervenor is entitled to a credit to the extent of any award made to Plaintiff, Cain Richard, or to the extent of any settlement funds received by Plaintiff, against Intervenor's future liability to Plaintiff, for Workers' Compensation benefits.

**8.**

Intervenor adopts herein by reference all allegations of the original and any amended or supplemental Petitions for Damages and/or complaints filed, or to be filed, on behalf of Plaintiff insofar as they pertain to the liability of the Defendants herein, or any additional Defendants, to said Plaintiff to the extent that they allow recovery by intervenor herein.

**WHEREFORE**, Intervenor, Property and Casualty Insurance Company of Hartford prays:

1. That after all legal delays and due proceedings are had, there be judgment herein decreeing that Intervenor is entitled to be paid, by preference and priority, all unreimbursed sums paid by Intervenor to or on behalf of Plaintiff, out of any

settlement or judgment executed or rendered in these proceedings, together with legal interest until paid, and for all costs of these proceedings;

2. That there be judgment herein decreeing that Intervenor is entitled to a credit against any future Workers' Compensation obligation to Plaintiff to the extent of any proceeds received by Plaintiff from Defendants in the main demand; and

3. For all general and equitable relief.

**RESPECTFULLY SUBMITTED:**

By: _____/s/ Virginia J. McLin_____
**KIRK L. LANDRY** (Bar #20482)
**VIRGINIA J. McLIN** (Bar #31257)
**KEOGH, COX & WILSON, LTD.**
70l Main Street (70802)
P. O. Box ll5l
Baton Rouge, LA 7082l
Telephone: (225) 383-3796
Email: klandry@keoghcox.com
jmclin@keoghcox.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the United States Middle District Clerk of Court using the CM/EFC system, and that a copy of the foregoing pleading will be sent to all counsel of record by operation of the court's electronic filing system and U.S. mail

Baton Rouge, Louisiana, this 24th day of February, 2021.

_____/s/ Virginia J. McLin_____
**KIRK L. LANDRY**
**VIRGINIA J. McLIN**